## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **FLOR GONZALEZ AND** | § | |
| **ARNOLDO GONZALEZ,** | § | |
|     **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 7:17-cv-00017** |
| | § | |
| **STATE FARM LLOYDS AND** | § | |
| **BOBBY GREER,** | § | |
|     **Defendants.** | § | **JURY REQUESTED** |

---

### INDEX OF STATE COURT PAPERS
### IN CAUSE NO. DC-16-639

---

1. Civil Case Information Sheet

2. Plaintiff's Original Petition and Requests for Disclosure and Exhibit A

3. Citation issued to State Farm Lloyds

4. Citation and Return for State Farm Lloyds

5. U.S. Certified Mail Form and Domestic Return Receipt for State Farm Lloyds

6. Citation issued to Bobby Greer

7. Citation and Return for Bobby Greer

8. U.S. Certified Mail Form and Domestic Return Receipt for Bobby Greer

9. Original Answer and Jury Demand by Defendants State Farm Lloyds and Bobby Greer

**EXHIBIT A**

# Case #2015CV07369

History   6

**Name**

**Date Filed**
12/29/2015

Case

**Case Status**
PENDING

**Litigant Type**
PLAINTIFF

**Court**
003

**Docket Type**
DEBT/CONTRACT-OTHER

**Business Name**
PRAETORIAN INSURANCE COMPANY

**Style**
PRAETORIAN INSURANCE COMPANY ET AL

**Style (2)**
vs SA FIVE DIAMONDS LITTLE LEAGUE INC

# History   Go To Top

*Currently viewing 1 through 6 of 6 records*

| Sequence | Date Filed | Description |
| --- | --- | --- |
| P00005 | 10/20/2016 | PLAINTIFFS NOTICE OF FILING BUSINESS RECORDS AFFIDAVIT (3 PAGES) |
| P00004 | 1/29/2016 | DEFENDANT SA FIVE DIAMONDS LITTLE LEAGUE FIRST ORIGINAL ANSWER (2PGS) |
| S00001 | 1/4/2016 | CITATION SA FIVE DIAMONDS LITTLE LEAGUE INC ISSUED: 1/4/2016 RECEIVED: 1/5/2016 EXECUTED: 1/6/2016 RETURNED: 1/7/2016 |
| P00003 | 12/29/2015 | CITATION SERVICE REQUEST |

| Sequence | Date Filed | Description |
|----------|-----------|-------------|
| P00002 | 12/29/2015 | CIVIL CASE INFORMATION SHEET |
| P00001 | 12/29/2015 | PLAINTIFF ORIGINAL PETITION WITH REQUEST FOR DISCLOSURE FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION |

Filed: 12/16/2016 11:46:14 AM
Eloy R. Garcia, District Clerk
Starr County, Texas
Dulce Morin

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: DC-16-639     COURT *(FOR CLERK USE ONLY)*: Starr County - District Clerk

STYLED   **Flor Gonzalez & Arnoldo Gonzalez v. State Farm Lloyds & Bobby Greer**

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|

Name: MANUEL ACUNA NEELY    Email: manuel@jtaylorlaw.com

Plaintiff(s)/Petitioner(s):

Flor Gonzalez & Arnoldo Gonzalez

Person or entity completing sheet is:
- [x] Attorney for Plaintiff/Petitioner
- [ ] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other:

Address: 14100 San Pedro Ste 602    Telephone: 210-402-4022

City/State/Zip: 78232    Fax: 210-402-1225

Defendant(s)/Respondent(s):

State Farm Lloyds and Bobby Greer

*[Attach additional page as necessary to list all parties]*

Signature:    State Bar No: 24091489

Additional Parties in Child Support Case:

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

**Contract**

*Debt/Contract*
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

*Foreclosure*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
- *Malpractice*
  - [ ] Accounting
  - [ ] Legal
  - [ ] Medical
  - [ ] Other Professional Liability:
- [ ] Motor Vehicle Accident
- [ ] Premises
- *Product Liability*
  - [ ] Asbestos/Silica
  - [ ] Other Product Liability List Product:
- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/ Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus— Pre-indictment
- [ ] Other:

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void
- *Divorce*
  - [ ] With Children
  - [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

**Tax**
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:

- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [x] Over $100, 000 but not more than $200,000
- [ ] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

Rev 2/13

Starr County - District Clerk

Filed: 12/16/2016 11:46:14 AM
Eloy R. Garcia, District Clerk
Starr County, Texas

Dulce Morin

## CAUSE NO. DC-16-639 _____

| | | |
|---|---|---|
| **FLOR GONZALEZ AND ARNOLDO GONZALEZ,** | § § § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § § | |
| **vs.** | § § | <u>381ST</u>  **JUDICIAL DISTRICT** |
| **STATE FARM LLOYDS and BOBBY GREER,** | § § § § | |
| **Defendants.** | § | **STARR COUNTY, TEXAS** |

### <u>PLAINTIFFS' ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE</u>

Plaintiffs Flor Gonzalez and Arnoldo Gonzalez file this Original Petition and Requests for Disclosure against Defendants State Farm Lloyds and Bobby Greer and allege as follows:

### A.  DISCOVERY-CONTROL PLAN

1.     Plaintiffs intend to conduct discovery under Level 3 of Texas Rules of Civil Procedure.  This case involves complex issues and will require extensive discovery.  Therefore, Plaintiffs ask the Court to order that discovery be conducted in accordance with a discovery control plan tailored to the particular circumstances of this suit.  Plaintiffs affirmatively plead that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiffs seek monetary relief over $100,000.

### B.  RELIEF

2.     Plaintiffs seek monetary relief over $100,000, but not more than $200,000. Tex. R. Civ. P. 47(c).

### C.  PARTIES

3.     Plaintiffs Flor Gonzalez and Arnoldo Gonzalez are individuals who reside in Starr County, Texas.

1

4.     Defendant, State Farm Lloyds, is a Texas domestic Lloyd's plan insurance company that, on information and belief, is licensed to conduct the business of insurance in Texas or has its principal place of business located in Texas. Additionally, one or more of State Farm's members are citizens of Texas. It can be served with citation by serving its registered agent for service of process, Corporation Service Company, 211 E. 7th St., Suite 620, Austin, Texas 78701-3218 by personal service.

5.     Defendant, Bobby Greer, is a Texas resident, who may be served at his residence located at 4037 South 20th St., Abilene, Texas 79605 by personal service.

## D. JURISDICTION

6.     The Court has subject matter jurisdiction over the lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

## E. VENUE

7.     Venue is mandatory and proper in this district because all or a substantial part of the events or omissions giving rise to the claim occurred in Starr County and the insured property that is the basis of this lawsuit is also located in that county.

## F. CONDITIONS PRECEDENT

8.     All conditions precedent to recovery have been performed, waived, or have occurred.

## G. FACTUAL BACKGROUND

9.     Plaintiffs timely paid their insurance premiums and are the holders of insurance policy number 83-CT-A870-4 issued by State Farm.

10.     Plaintiffs owned the insured property, which is located at 557 Posada St., Rio Grande City, Texas 78582 o May 17, 2016.

2

11.     Defendant State Farm or its agent sold the policy insuring the property to Plaintiffs.

12.     On or about May 17, 2016 a severe wind and hailstorm struck the Rio Grande City, Texas area causing severe damage to homes and businesses throughout the area, including Plaintiffs' home.

13.     In the aftermath of the storm, Plaintiffs submitted a claim to State Farm under the policy for roof damage and water damage the home sustained as a result of the hail and wind. Plaintiffs asked that Defendant State Farm cover the cost of repairs to the property pursuant to the policy and any other available coverages under the policy.

14.     State Farm assigned claim number 53919F507 to Plaintiffs' claim and hired and/or assigned Defendant Bobby Greer to adjust the claim.  Greer was the agent for State Farm and represented State Farm in regard to Plaintiffs' claim. Greer also adjusted Plaintiffs' claim by investigating, processing, evaluating, approving and/or denying it, in whole or in part. As such, Greer acted as an insurance adjuster engaged in the business of insurance with respect to Plaintiffs' insurance claim. Therefore, Greer, is a "person" who is individually liable for his unfair methods of competition or unfair or deceptive acts or practices under the Texas Insurance Code and the DTPA.

15.     Greer improperly adjusted Plaintiffs' claim. Greer conducted a substandard inspection, which is evidenced in his reports, which failed to include many of Plaintiffs' damages.[1] Greer's estimates did not allow adequate funds to cover repairs to restore Plaintiffs' home.  Without limitation, Greer misrepresented the cause of, scope of and cost to repair the damage to Plaintiffs' property, as well as the amount of and insurance coverage for Plaintiffs'

---

[1] Greer's Adjustment Reports are attached as Exhibit A and Exhibit B.

3

claim under Plaintiffs' policy. Greer made these and other representations to Plaintiffs as well as to State Farm. Plaintiffs and State Farm both relied on Greer's misrepresentations, including but not limited to those regarding the cause of, scope of and cost to repair the damage to Plaintiffs' property, and Plaintiffs have been damaged as a result of that reliance. Greer's misrepresentations caused State Farm to underpay Plaintiffs' insurance claim and, as a result, Plaintiffs have not been able to properly and completely repair the damage to the property. This has caused additional, further damage to the property. Greer also advised Plaintiffs as to how they could repair their property so as to prevent further damage to the property. This advice was negligent and false because Plaintiffs could not properly repair the property by following Greer's advice. Plaintiffs' property has sustained further damages as a result.

16. Defendants misrepresented on their initial inspection, on July 7, 2016, that the damages caused by the wind and hailstorm to Plaintiffs' home were below the policy's deductible. Defendants further misrepresented on a re-inspection completed on October 27, 2016 that damages to Plaintiffs' home were only $9,258.84. However, Defendants' misrepresentations were false because Plaintiffs' damages stemming from the hail and windstorm exceed $20,733.35.

17. State Farm and Greer failed to properly adjust the claim and Defendants have denied at least a portion of the claim without an adequate investigation, even though the policy provided coverage for the type of losses suffered by Plaintiffs.

18. These false representations allowed Defendants to gain financially by wrongfully denying at least a portion of Plaintiffs' claim.

19. Plaintiffs' claim remains unpaid and Plaintiffs have not been able to properly repair the home.

4

20.     State Farm failed to perform its contractual duty to adequately compensate Plaintiffs under the terms of the policy.  Specifically, State Farm failed and refused to pay the full proceeds of the policy although a demand was made for proceeds to be paid in an amount sufficient to repair the damaged property and all conditions precedent to recovery upon the policy had been carried out by Plaintiffs.  State Farm's conduct constitutes a breach of the insurance contract between it and Plaintiffs.

21.     Defendants misrepresented to Plaintiffs that some of the damage to the home was not covered under the policy, even though the damage was caused by a covered occurrence. Defendants' conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices.  Tex. Ins. Code Section 541.060(a)(1).

22.     Defendants failed to make an attempt to settle Plaintiffs' claim in a fair manner, although they were aware of their obligations to Plaintiffs under the policy.  Defendants' conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices.  Tex. Ins. Code Section 541.060 (a)(2)(A).

23.     Defendants failed to explain to Plaintiffs why they offered inadequate settlement. Specifically, Defendants failed to offer Plaintiffs adequate compensation, without any explanation why full payment was not being made. Furthermore, Defendants did not communicate that any future settlements would be forthcoming to pay for the entire loss covered under the policy, nor did they provide any explanation for the failure to adequately settle Plaintiffs' claim.  Tex. Ins. Code Section 541.060(a)(3).

24.     Defendants failed to affirm or deny coverage of Plaintiffs' claim within a reasonable time.  Specifically, Plaintiffs did not receive timely indication of acceptance or rejection regarding the entire claim in writing from Defendants.  Defendants' conduct constitutes

a violation of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code 541.060(a)(4).

25.      Defendants refused to fully compensate Plaintiffs under the terms of the policy even though Defendants failed to conduct a reasonable investigation.   Specifically, Defendants performed an outcome-oriented investigation of Plaintiffs' claim, which resulted in biased, unfair and inequitable evaluation of Plaintiffs' losses to the home.   Defendants' conduct constitutes a violation of the Texas Insurance Code.   Tex. Ins. Code 541.060(a)(7).

26.      State Farm failed to meet its obligations under the Texas Insurance Code regarding timely acknowledging Plaintiffs' claim, beginning an investigation of Plaintiffs' claim and requesting all information reasonably necessary to investigate Plaintiffs' claim within the statutorily mandated deadline. State Farm's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Tex. Ins. Code Section 542.056.

27.      State Farm failed to accept or deny Plaintiffs' entire claim within the statutorily mandated deadline of receiving all necessary information.   State Farm's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Tex. Ins. Code Section 542.056.

28.      State Farm failed to meet its obligations under the Texas Insurance Code regarding payment of a claim without delay.   Specifically, State Farm has delayed full payment of Plaintiffs' claim longer than allowed and, to date, Plaintiffs have not yet received full payment for their claim.   State Farm's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Tex. Ins. Code Section 542.056.

29.      From and after the time Plaintiffs' claim was presented to Defendants, the liability of Defendants to pay the full claim in accordance with the terms of the policy was reasonably

clear.  However, Defendants have refused to pay Plaintiffs in full, despite there being no basis whatsoever on which a reasonable insurance company would have relied to deny full payment. State Farm's conduct constitutes a breach of the common law duty of good faith and fair dealing.

30.     As a result of Defendants' wrongful acts and omissions, Plaintiffs were forced to retain the professional services of the attorney and law firm who are representing Plaintiffs in this case.

## H.  CAUSES OF ACTION

### BREACH OF CONTRACT AGAINST STATE FARM

31.     Plaintiffs incorporate paragraphs 1-30 as if fully set forth herein.

32.     According to the insurance policy that Plaintiffs purchased, State Farm has the duty to investigate and pay Plaintiffs' policy benefits for claims made for covered damages, including additional benefits under the policy, resulting from the wind and hailstorm.  As a result of the wind and hailstorm and/or ensuing losses from the storm, both of which are covered perils under the policy, Plaintiffs' property has been damaged.

33.     State Farm's failure and refusal to pay adequate compensation as it is obligated to do under the terms of the policy and under the laws of the State of Texas, constitutes a breach of State Farm's contract with Plaintiffs.  As a result of this breach of contract, Plaintiffs have suffered damages as are described in this petition.

### VIOLATION OF THE PROMPT PAYMENT OF CLAIMS ACT AGAINST STATE FARM

34.     Plaintiffs incorporate paragraphs 1-33 as if fully set forth herein.

35.     State Farm's acts, omissions, failures and conduct violate Section 542 of the Texas Insurance Code.  Within the timeframe required after the receipt of either actual or written notice of Plaintiffs' claim, Defendant did not request from Plaintiffs any items,

statements or forms that it reasonably believed at that time would be required from Plaintiffs for her claim.  As a result, Defendant has violated Section 542 by failing to accept or reject Plaintiffs' claim in writing within the statutory timeframe.  Defendant also violated Section 542 by failing to pay Plaintiffs' claim.

36.      Defendant also violated Section 542 by failing to pay Plaintiffs' claim within the applicable statutory period.  In addition, in the event it is determined Defendant owes Plaintiffs any additional monies on Plaintiffs' claim, then Defendant has automatically violated Section 542 in this case.

### VIOLATIONS OF THE DTPA AGAINST STATE FARM AND GREER

37.      Plaintiffs incorporate paragraphs 1-36 as if fully set forth herein.

38.      Plaintiffs are consumers of goods and services provided by Defendants pursuant to the DTPA.  Plaintiffs have met all conditions precedent to bringing this cause of action against Defendants.

39.      Specifically, Defendants' violations of the DTPA include, without limitation, the following matters:  By their acts, omissions, failures, and conduct, Defendants have violated Sections 17.46(b)(2), (5), (7), (9), (12), (20) and (24) of the DTPA.  Defendants' violations include, without limitation, (1) their unreasonable delay in the investigation, adjustment and resolution of Plaintiffs' claim, (2) their failure in each claim to give Plaintiffs the benefit of the doubt, and (3) their failure to pay for the proper repair of Plaintiffs' property for which liability had become reasonably clear, which gives Plaintiffs the right to recover under Section 17.46(b)(2).

40.     Plaintiffs are entitled to recover under Section 17.46(b)(5) of the DTPA because Defendants represented to Plaintiffs that the insurance policy and Defendants' adjusting and investigative services had characteristics or benefits that they did not have.

41.     Plaintiffs are entitled to recover under Section 17.46(b)(7) of the DTPA because Defendants represented that the insurance policy and Defendants' adjusting and investigative services were of a particular standard, quality, or grade when they were of another.

42.     Plaintiffs are entitled to recover under Section 17.46(b)(9) of the DTPA because Defendants advertised their insurance policy and adjusting and investigative services with the intent not to sell them as advertised.

43.     Plaintiffs are entitled to recover under Section 17.46(b)(12) of the DTPA because Defendants represented to Plaintiffs that the insurance policy and their adjusting and investigative services conferred or involved rights, remedies, or obligations that they did not have.

44.     Plaintiffs are entitled to recover under Section 17.46(b)(24) of the DTPA because Defendants failed to disclose information concerning goods or services which were known at the time of the transaction and such failure to disclose was intended to induce Plaintiffs into a transaction which Plaintiffs would not have entered had the information been disclosed.

45.     Plaintiffs are entitled to recover under Section 17.46(b)(12) and (20) and 17.50(a)(2) of the DTPA because Defendants have breached an express warranty that the damage caused by the wind and hailstorm would be covered under the insurance policy.

46.     Plaintiffs are entitled to recover under Section 17.50(a)(3) of the DTPA because Defendants' actions are unconscionable in that they took advantage of Plaintiffs' lack of knowledge, ability and experience to a grossly unfair degree.

47.     Plaintiffs are entitled to recover under Section 17.50(a)(4) of the DTPA because Defendants' conduct, acts, omissions, and failures are unfair practices in the business of insurance.

48.     All of the above-described acts, omissions and failures of Defendants are a producing cause of Plaintiffs' damages as described in the petition.  All of the above-described acts, omissions, and failures of Defendants were done knowingly and intentionally as those terms are used in the Texas Deceptive Trade Practices Act.

## VIOLATIONS OF SECTION 541 OF THE TEXAS INSURANCE CODE AGAINST STATE FARM AND GREER

49.     Plaintiffs incorporate paragraphs 1-48 as if fully set forth herein.

50.     Plaintiffs have satisfied all conditions precedent to bring this cause of action.

51.     By their acts, omissions, failures and conduct, Defendants have engaged in unfair and deceptive acts or practices in the business of insurance in violation of section 541 of the Texas Insurance Code. Such violations include, without limitation all the conduct described in this petition, plus Defendants' unreasonable delays in the investigation, adjustment and resolution of Plaintiffs' claim and Defendants' failure to pay for the proper repair of Plaintiffs' property for which liability had become reasonably clear.  They further include Defendants' failure to give Plaintiffs the benefit of the doubt.   Specifically, as described in Plaintiffs' factual allegations, Defendants are guilty of the following unfair insurance practices:

    a.     Engaging in false, misleading and deceptive acts or practices in the business of insurance;

10

b.  Engaging in unfair claims settlement practices;

c.  Misrepresenting to Plaintiffs pertinent facts or policy provisions relating to the coverages at issue;

d.  Not attempting in good faith to effectuate a prompt, fair and equitable settlement of claims submitted for which liability became reasonably clear;

e.  Failing to affirm or deny coverage of Plaintiffs' claim without conducting a reasonable investigation with respect to the claim; and

f.  Failing to promptly provide Plaintiffs with a reasonable explanation of the basis in the insurance policy in relation to the facts or applicable law for the denial of Plaintiffs' claim or the offer of settlement.

52.  State Farm also breached the Texas Insurance Code when it breached its duty of good faith and fair dealing.

53.  Plaintiffs' damages resulted from Defendants' conduct.

54.  Defendants' acts, omissions, and failures were done knowingly as that term is described in the Texas Insurance Code.

## BREACH OF THE DUTY OF GOOD FAITH
## AND FAIR DEALING AGAINST STATE FARM

55.  Plaintiffs incorporate paragraphs 1-54 as if fully set forth herein.

56.  By its acts, omissions, failure and conduct, State Farm has breached its common law duty of good faith and fair dealing by failing to pay the proper amounts on Plaintiffs' entire claim without any reasonable basis and by failing to conduct a reasonable investigation to determine whether there was a reasonable basis for the denial.

57.     State Farm also breached this duty by unreasonably delaying payment of Plaintiffs' entire claim and by failing to settle Plaintiffs' entire claim because it knew or should have known that it was reasonably clear the claim was covered. These acts, omissions, failures and conduct of State Farm are a proximate cause of Plaintiffs' damages.

## CONSPIRACY AGAINST STATE FARM AND GREER

58.     Plaintiffs incorporate paragraphs 1-57 as if fully set forth herein.

59.     Defendants were members of a combination of two or more persons, the object of which was to accomplish an unlawful purpose and/or a lawful purpose by unlawful means, including but not limited to, violating the DTPA, violating Sections 541 and 542 of the Texas Insurance Code, committing unfair and deceptive insurance practices, committing fraud and fraudulent inducement, committing breach of contract, and committing breaches of the duty of good faith and fair dealing. The Defendants had a meeting of the minds on the objects or courses of action.  Further, one or more of the Defendants committed unlawful, overt acts, including, but not limited to violating the DTPA, violating sections 541 and 542 of the Texas Insurance Code, committing unfair and deceptive insurance practices, committing fraud and fraudulent inducement, committing breach of contract, and committing breaches of the duty of good faith and fair dealing to further the objects or courses of action which, among other things, were intended to deprive Plaintiffs of the benefit and coverage of the policy that they purchased.  Plaintiffs suffered injury as a proximate result of these wrongful acts or omissions.

60.     The conspiratorial acts committed by Defendants were committed with gross negligence, fraud, or malice, as those terms are defined in Chapter 41 of the Texas Civil Practices and Remedies Code, such as to justify the imposition of punitive damages against Defendants.

### NEGLIGENCE AND GROSS NEGLIGENCE AGAINST GREER

61.     Plaintiffs incorporate paragraphs 1-60 as if fully set forth herein.

62.     Greer was negligent in giving advice to Plaintiffs as to how they could repair the property so as to prevent further damage to the property.  This advice as to how to repair Plaintiffs' property was negligent because Plaintiffs could not properly repair the property and prevent further damage by following Greer's advice. Plaintiffs' property has sustained further damage as a result.  Greer owed a duty to use reasonable care when he undertook to advise Plaintiffs as to how they could repair the property so as to prevent further damage to the property. Greer breached this legal duty. The breach proximately caused Plaintiffs' damages.

63.     The acts and failures to act were committed with gross negligence, as the term is defined in Chapter 41 of the Texas Civil Practices and Remedies Code, which justifies the imposition of exemplary damages against Greer.

### NEGLIGENT MISREPRESENTATION AGAINST GREER

64.     Plaintiffs incorporate paragraphs 1-63 as if fully set forth herein.

65.     Greer made representations to Plaintiffs in the course of Plaintiffs' business or in a transaction in which they had an interest.  Greer supplied false information for the guidance of others, including Plaintiffs.  Greer did not exercise reasonable care or competence in obtaining or communicating the information to Plaintiffs.  Plaintiffs justifiably relied on Greer's representations and Greer's representations proximately caused further damages to Plaintiffs' property.

66.     The misrepresentations, acts and/or failures to act set forth herein were committed with gross negligence, fraud and/or malice, as those terms are used in Chapter 41 of

13

the Texas Civil Practices and Remedies Code, so as to justify the imposition of punitive damages against Greer.

## I.  WAIVER AND ESTOPPEL

67.     Defendants have waived and are estopped from asserting any coverage defenses, conditions, exclusions, or exceptions to coverage not contained in any reservation of rights letter to Plaintiffs.

## J.  DAMAGES

68.     The above-described acts, omissions, failures and conduct of Defendants have caused Plaintiffs' damages, which include, without limitation, the cost to properly repair Plaintiffs' property and any investigative and engineering fees incurred in the claim.  Plaintiffs are also entitled to recover consequential damages from State Farm's breaches of contract. Plaintiffs are also entitled to recover the amount of each of Plaintiffs' individual claims plus an 18% per annum penalty on the claim against State Farm as damages under Section 542 of the Texas Insurance Code, plus pre-judgment interest and attorney's fees.

## K.  ADDITIONAL DAMAGES

69.     Defendants also "knowingly" and "intentionally" committed deceptive trade practices and unfair insurance practices as those terms are defined in the applicable statutes. Because of Defendants' knowing and intentional misconduct, Plaintiffs are entitled to additional damages as authorized by Section 17.50(b)(1) of the DTPA.  Plaintiffs are further entitled to additional damages authorized by Section 541 of the Texas Insurance Code.

## L.  EXEMPLARY DAMAGES

70.     State Farm's breach of its duty of good faith and fair dealing owed to Plaintiffs was done intentionally, with a conscious indifference to the rights and welfare of Plaintiffs, and

with "malice" as that term is defined in Chapter 41 of the Texas Civil Practice and Remedies Code.   In addition, Greer's conduct constituted gross negligence.   These violations by Defendants are the type of conduct that the State of Texas protects its citizens against by the imposition of exemplary damages. Therefore, Plaintiffs seek the recovery of exemplary damages in an amount to be determined by the finder of fact that is sufficient to punish Defendants for their wrongful conduct and to set an example to deter Defendants and others similarly situated from committing similar acts in the future.

## M.  ATTORNEY'S FEES

71.   As a result of Defendants' conduct, Plaintiffs have been forced to retain the undersigned attorneys to prosecute this action and have agreed to pay reasonable attorney's fees.  Plaintiffs are entitled to recover these attorney's fees under Chapter 38 of the Texas Civil Practices and Remedies Code, Sections 541 and 542 of the Texas Insurance Code, and Section 17.50 of the DTPA.

## N.  JURY DEMAND

72.   Plaintiffs assert their right to a trial by jury, under Texas Constitution Article I, Section 15, and makes this demand for a jury trial at least 30 days before the date this case is set for trial in accordance with Texas Rule of Civil Procedure 216. Plaintiffs tender the fee of $40.00 as required by Texas Government Code Section 51.604.

## O.     REQUESTS FOR DISCLOSURE

73.   Plaintiffs request that Defendants disclose, within 50 days of the service of this request, the information or material described in Texas Rule of Civil Procedure 194.2.

## P.  PRAYER

Plaintiffs pray that Defendants be cited to appear and answer herein, and that upon trial hereof, that Plaintiffs have and recover such sums as would reasonably and justly compensate them in accordance with the rules of law and procedure, both as to actual damages, consequential damages, treble damages under the Texas Insurance Code and Texas Deceptive Trade Practices Act, and all punitive, additional, exemplary damages as may be found.   In addition, Plaintiffs request the award of attorney's fees for the trial and any appeal of this case, for all costs of court, for pre-judgment and post-judgment interest as allowed by law, and for any other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully Submitted,

**THE LAW OFFICE OF JESSICA TAYLOR**
14100 San Pedro, Suite 602
San Antonio, Texas 78232
(210) 402-4022 (Telephone)
(210) 402-1225 (Fax)


By:   *   /s/   Manuel Acuna-Neely   *
JESSICA TAYLOR
Texas State Bar No. 24013546
jessica@jtaylorlaw.com
MANUEL ACUÑA-NEELY
Texas State Bar No. 24091489
manuel@jtaylorlaw.com


**ATTORNEYS FOR PLAINTIFFS**

16

**State Farm**

GONZALEZ, FLOR                                                                                           53-919F-507

| | | | |
|---|---|---|---|
| Asegurado: | GONZALEZ, FLOR | Estimación: | 53-919F-507 |
| Propiedad: | 557 Posada St | No. Reclamo: | 53919F507 |
| | Rio Grande City, TX 78582 | No. de póliza: | 83-CT-A870-4 |
| Casa: | 956-735-3418 | Lista de precios: | TXMC28_MAY16 |
| Celular: | 956-222-6706 | | Restaurar, dar servicio o remodelar |
| Tipo de pérdida: | Granizo | | |
| Deducible: | $2,266.00 | | |
| Fecha de pérdida: | 17/05/2016 | | |
| Fecha de inspección: | 13/07/2016 | | |

### Resumen para Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---|
| Total de elementos de línea | 1,141.71 |
| Impuesto de ventas por materiales | 15.64 |
| Valor de costo de reposición | 1,157.35 |
| Menos depreciación (incluso impuestos) | (201.02) |
| Menos deducible | (2,266.00) |
| Total de valor efectivo real | (1,309.67) |
| Pago de valor real neto en efectivo | $0.00 |

### Cantidades adicionales máximas disponibles si se han incurrido:

| | | |
|---|---|---|
| Total de depreciación de elementos de línea (incluso impuestos) | 201.02 | |
| Menos el total de valor efectivo real | (1,309.67) | |
| Subtotal | (1,108.65) | |
| Beneficios de costo de reposición | | -1,108.65 |
| Total de cantidades adicionales máximas disponibles si se han incurrido | | 0.00 |
| Total de importe de reclamación si se ha incurrido | | $0.00 |

Greer, Bobby
844-529-5982 x 5129184560

**TODOS LOS IMPORTES PAGADEROS ESTÁN SUJETOS A LOS TÉRMINOS, LAS CONDICIONES Y LOS LÍMITES DE LA PÓLIZA.**

*Esta traducción del inglés es para su conveniencia y es sólo informativa. En el caso que surja un conflicto de interpretación, la versión del idioma inglés dominará.*

Fecha:   13/07/2016 01:23 p.m.                                                                         Página: 3

17

**State Farm**

GONZALEZ, FLOR                                                                                      53-919F-507

| | | | |
|---|---|---|---|
| Asegurado: | GONZALEZ, FLOR | Estimación: | 53-919F-507 |
| Propiedad: | 557 Posada St | No. Reclamo: | 53919F507 |
| | Rio Grande City, TX 78582 | No. de póliza: | 83-CT-A870-4 |
| Casa: | 956-735-3418 | Lista de precios: | TXMC28_MAY16 |
| Celular: | 956-222-6706 | | Restaurar, dar servicio o remodelar |
| Tipo de pérdida: | Granizo | | |
| Deducible: | $0.00 | | |
| Fecha de pérdida: | 17/05/2016 | | |
| Fecha de inspección: | 13/07/2016 | | |

### Resumen para Coverage A - Dwelling Extension - 35 Windstorm and Hail

| | |
|---|---|
| Total de elementos de línea | 0.00 |
| Valor de costo de reposición | 0.00 |
| Menos deducible | (0.00) |
| Pago neto | $0.00 |

Greer, Bobby
844-529-5982 x 5129184560

**TODOS LOS IMPORTES PAGADEROS ESTÁN SUJETOS A LOS TÉRMINOS, LAS CONDICIONES Y LOS LÍMITES DE LA PÓLIZA.**

*Esta traducción del inglés es para su conveniencia y es sólo informativa. En el caso que surja un conflicto de interpretación, la versión del idioma inglés dominará.*

**State Farm**

GONZALEZ, FLOR

53-919F-507

Source - Eagle View

Dwelling



**Techo**

| | |
|---|---|
| 2,750.89 Área de superficie | 27.51 Número de cuadros |
| 251.07 Longitud total de perímetro | 69.91 Longitud total de caballete |
| 94.33 Longitud total de lima tesa | |

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| 1. Remover 3 lengüeta - 25 años - tejas de techo de composición ( por teja) | | | | | | | |
| | 24.00 CA | 3.63 | 0.00 | 87.12 | | | 87.12 |
| 2. 3 lengüeta - 25 años - tejas de techo de composición ( por teja) | | | | | | | |
| | 24.00 CA | 8.87 | 2.48 | 215.36 | | | 215.36 |
| **Above 2 line items to replace wind damaged shingles.** | | | | | | | |
| 3. Remover y Reemplazar Respiradero de caballete continuo, de aluminio | | | | | | | |
| | 20.00 PL | 6.27 | 3.68 | 129.08 | 17/35 años Promedio | (62.70) 48.57% | 66.38 |
| | | | | | | | |
| **Totals: Techo** | | | 6.16 | 431.56 | | 62.70 | 368.86 |

**Elevación del frente**

| | | |
|---|---|---|
| 0.00 Paredes en pies cuadrados | 0.00 Cielo raso en pies cuadrados | 0.00 Paredes y cielo raso en pies cuadrados |
| 0.00 Piso en pies cuadrados | 0.00 Pared corta en pies cuadrados | 0.00 Perímetro de piso en pies lineales |
| 0.00 Pared larga en pies cuadrados | | 0.00 Cielo raso en pies lineales Perímetro |

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| 4. Volver a colocar vidrio en una unidad de ventana térmica de panel doble, de 1 a 9 pies cuadrados | | | | | | | |
| | 1.00 CA | 126.36 | 5.94 | 132.30 | 17/18 años Promedio | (105.84) 80.00% | 26.46 |
| 5. Agregar por rejilla (ventanas de vidrio doble o triple) | | | | | | | |
| | 5.67 P2 | 2.35 | 0.83 | 14.15 | 17/18 años Promedio | (11.32) 80.00% | 2.83 |
| 6. Remover y Reemplazar Reborde de vidrio, de vinilo | | | | | | | |
| | 7.67 PL | 1.45 | 0.33 | 11.45 | | | 11.45 |

Fecha:   13/07/2016 01:23 p.m.

Página: 5

**State Farm**

GONZALEZ, FLOR

53-919F-507

### CONTINUACIÓN - Elevación del frente

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| 7. Remover y Reemplazar Mosquitero de ventana de 1 a 9 pies cuadrados | | | | | | | |
| | 1.00 CA | 35.48 | 1.87 | 37.35 | 17/30 años Promedio | (21.16) 56.67% | 16.19 |
| 8. Despegar y volver a instalar Canaleta y tubo de bajada, galvanizados - a 5" | | | | | | | |
| | 10.00 PL | 3.15 | 0.00 | 31.50 | | | 31.50 |
| **Totals: Elevación del frente** | | | **8.97** | **226.75** | | **138.32** | **88.43** |

**Elevación derecha**

| 0.00 Paredes en pies cuadrados | 0.00 Cielo raso en pies cuadrados | 0.00 Paredes y cielo raso en pies cuadrados |
|---|---|---|
| 0.00 Piso en pies cuadrados | 0.00 Pared corta en pies cuadrados | 0.00 Perímetro de piso en pies lineales |
| 0.00 Pared larga en pies cuadrados | | 0.00 Cielo raso en pies lineales Perímetro |

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| 9. Remover y Reemplazar Reborde de vidrio, de vinilo | | | | | | | |
| | 12.08 PL | 1.45 | 0.51 | 18.03 | | | 18.03 |
| **Totals: Elevación derecha** | | | **0.51** | **18.03** | | **0.00** | **18.03** |

**Elevación posterior**

| 0.00 Paredes en pies cuadrados | 0.00 Cielo raso en pies cuadrados | 0.00 Paredes y cielo raso en pies cuadrados |
|---|---|---|
| 0.00 Piso en pies cuadrados | 0.00 Pared corta en pies cuadrados | 0.00 Perímetro de piso en pies lineales |
| 0.00 Pared larga en pies cuadrados | | 0.00 Cielo raso en pies lineales Perímetro |

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|

Fecha:    13/07/2016 01:23 p.m.

Página: 6

20

**State Farm**

GONZALEZ, FLOR                                                                                          53-919F-507

### CONTINUACIÓN - Elevación posterior

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| 10. Peinar y enderesar aletas de condensador de aire acondicionado - con carga de viaje | | | | | | | |
| | 1.00 CA | 113.36 | 0.00 | 113.36 | | | 113.36 |
| Totals: Elevación posterior | | | 0.00 | 113.36 | | 0.00 | 113.36 |

**Elevación izquierda**

| 0.00 | Paredes en pies cuadrados | 0.00 | Cielo raso en pies cuadrados | 0.00 | Paredes y cielo raso en pies cuadrados |
|---|---|---|---|---|---|
| 0.00 | Piso en pies cuadrados | 0.00 | Pared corta en pies cuadrados | 0.00 | Perímetro de piso en pies lineales |
| 0.00 | Pared larga en pies cuadrados | | | 0.00 | Cielo raso en pies lineales Perímetro |

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| No storm related damages observed to this elevation at inspection | | | | | | | |
| Totals: Elevación izquierda | | | 0.00 | 0.00 | | 0.00 | 0.00 |

**Remoción de desperd.**

| 0.00 | Paredes en pies cuadrados | 0.00 | Cielo raso en pies cuadrados | 0.00 | Paredes y cielo raso en pies cuadrados |
|---|---|---|---|---|---|
| 0.00 | Piso en pies cuadrados | 0.00 | Pared corta en pies cuadrados | 0.00 | Perímetro de piso en pies lineales |
| 0.00 | Pared larga en pies cuadrados | | | 0.00 | Cielo raso en pies lineales Perímetro |

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| 11. Transportar desechos - por carga de camioneta - incluye tarifas de tiradero | | | | | | | |
| | 1.00 CA | 98.87 | 0.00 | 98.87 | | | 98.87 |
| Totals: Remoción de desperd. | | | 0.00 | 98.87 | | 0.00 | 98.87 |

Fecha:    13/07/2016 01:23 p.m.                                                                    Página: 7

**State Farm**

GONZALEZ, FLOR

53-919F-507

CONTINUACIÓN - Elevación posterior

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| 10.  Peinar y enderezar aletas de condensador de aire acondicionado - con carga de viaje | | | | | | | |
| | 1.00 CA | 113.36 | 0.00 | 113.36 | | | 113.36 |
| Totals:  Elevación posterior | | | 0.00 | 113.36 | | 0.00 | 113.36 |

Elevación izquierda

| 0.00 Paredes en pies cuadrados | 0.00 Cielo raso en pies cuadrados | 0.00 Paredes y cielo raso en pies cuadrados |
|---|---|---|
| 0.00 Piso en pies cuadrados | 0.00 Pared corta en pies cuadrados | 0.00 Perímetro de piso en pies lineales |
| 0.00 Pared larga en pies cuadrados | | 0.00 Cielo raso en pies lineales Perímetro |

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| No storm related damages observed to this elevation at inspection | | | | | | | |
| Totals:  Elevación izquierda | | | 0.00 | 0.00 | | 0.00 | 0.00 |

Remoción de desperd.

| 0.00 Paredes en pies cuadrados | 0.00 Cielo raso en pies cuadrados | 0.00 Paredes y cielo raso en pies cuadrados |
|---|---|---|
| 0.00 Piso en pies cuadrados | 0.00 Pared corta en pies cuadrados | 0.00 Perímetro de piso en pies lineales |
| 0.00 Pared larga en pies cuadrados | | 0.00 Cielo raso en pies lineales Perímetro |

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| 11.  Transportar desechos - por carga de camioneta - incluye tarifas de tiradero | | | | | | | |
| | 1.00 CA | 98.87 | 0.00 | 98.87 | | | 98.87 |
| Totals:  Remoción de desperd. | | | 0.00 | 98.87 | | 0.00 | 98.87 |

Fecha:    13/07/2016 01:23 p.m.

Página: 7

22

**State Farm**

GONZALEZ, FLOR                                                                                    53-919F-507

|  |  |  |
|---|---|---|
| 888.84 Área de pared exterior | | |
| 3,045.25 Área de superficie | 30.45 Número de cuadros | 641.57 Longitud total de perímetro |
| 69.91 Longitud total de caballete | 94.33 Longitud total de lima tesa | |

| | | | | |
|---|---|---|---|---|
| **Total: Source - Eagle View** | **15.64** | **888.57** | **201.02** | **687.55** |

Mínimos de mano de obra aplicados

| | CANTIDAD | PRECIO UNITARIO | IMP. | CR | EDAD/VIDA CONDICIÓN | Depreciación % de DEP | VER |
|---|---|---|---|---|---|---|---|
| * 12.  Ventana -mínimo de mano de obra | | | | | | | |
|  | 1.00 CA | 87.43 | 0.00 | 87.43 | | | 87.43 |
| * 13.  Canales - mínimo de mano de obra | | | | | | | |
|  | 1.00 CA | 181.35 | 0.00 | 181.35 | | | 181.35 |
| **Totals: Mínimos de mano de obra aplicados** | | | **0.00** | **268.78** | | **0.00** | **268.78** |

| | | | | | |
|---|---|---|---|---|---|
| **Totales de elementos de línea: 53-919F-507** | | **15.64** | **1,157.35** | **201.02** | **956.33** |

**Total global de las áreas:**

888.84 Área de pared exterior

|  |  |  |
|---|---|---|
| 3,045.25 Área de superficie | 30.45 Número de cuadros | 641.57 Longitud total de perímetro |
| 69.91 Longitud total de caballete | 94.33 Longitud total de lima tesa | |

**Resumen comercial**

Incluye todos los impuestos, los gastos administrativos y ganancias del contratista general y los mínimos de mano de obra aplicables

| DESCRIPCIÓN | CANTIDAD DE ELEMENTO DE LÍNEA | TOTAL COSTO REPOS. | VER | DEPREC. NO RECUPER. | IMPORTE MÁX. ADIC. DISP. |
|---|---|---|---|---|---|
| **DMO    DEMOLICIÓN GENERAL** | | | | | |
| Transportar desechos - por carga de camioneta - incluye tarifas de tiradero | 1.00 CA | $98.87 | $98.87 | $0.00 | $0.00 |
| TOTAL DEMOLICIÓN GENERAL | | $98.87 | $98.87 | $0.00 | $0.00 |
| **CVA    CALEFACCIÓN, VENTILACIÓN Y AIRE ACONDICIONADO** | | | | | |
| Peinar y enderesar aletas de condensador de aire acondicionado - con carga de viaje | 1.00 CA | $113.36 | $113.36 | $0.00 | $0.00 |
| TOTAL CALEFACCIÓN, VENTILACIÓN Y AIRE ACONDICIONADO | | $113.36 | $113.36 | $0.00 | $0.00 |
| **TEC    TECHO** | | | | | |
| 3 lengüeta - 25 años - tejas de techo de composición ( por teja) | 24.00 CA | $215.36 | $215.36 | $0.00 | $0.00 |
| Remover 3 lengüeta - 25 años - tejas de techo de composición ( por teja) | 24.00 CA | $87.12 | $87.12 | $0.00 | $0.00 |
| Remover y Reemplazar Respiradero de caballete continuo, de aluminio | 20.00 PL | $129.08 | $66.38 | $0.00 | $62.70 |
| TOTAL TECHO | | $431.56 | $368.86 | $0.00 | $62.70 |
| **SIC    SOFITO, IMPOSTA Y CANALETA** | | | | | |
| Despegar y volver a instalar Canaleta y tubo de bajada, galvanizados - a 5" | 10.00 PL | $31.50 | $31.50 | $0.00 | $0.00 |
| Canales - mínimo de mano de obra | 1.00 CA | $181.35 | $181.35 | $0.00 | $0.00 |
| TOTAL SOFITO, IMPOSTA Y CANALETA | | $212.85 | $212.85 | $0.00 | $0.00 |
| **VNC    VENTANAS - COLOCACIÓN Y REPARACIÓN DE VIDRIO** | | | | | |
| Remover y Reemplazar Reborde de vidrio, de vinilo | 19.75 PL | $29.48 | $29.48 | $0.00 | $0.00 |
| Volver a colocar vidrio en una unidad de ventana térmica de panel doble, de 1 a 9 pies cuadrados | 1.00 CA | $132.30 | $26.46 | $0.00 | $105.84 |
| Agregar por rejilla (ventanas de vidrio doble o triple) | 5.67 P2 | $14.15 | $2.83 | $0.00 | $11.32 |
| Remover y Reemplazar Mosquitero de ventana de 1 a 9 pies cuadrados | 1.00 CA | $37.35 | $16.19 | $0.00 | $21.16 |
| TOTAL VENTANAS - COLOCACIÓN Y REPARACIÓN DE VIDRIO | | $213.28 | $74.96 | $0.00 | $138.32 |
| **VNM    VENTANAS DE MADERA** | | | | | |
| Ventana - mínimo de mano de obra | 1.00 CA | $87.43 | $87.43 | $0.00 | $0.00 |
| TOTAL VENTANAS DE MADERA | | $87.43 | $87.43 | $0.00 | $0.00 |
| **TOTALES** | | $1,157.35 | $956.33 | $0.00 | $201.02 |

Nota:  Podrían encontrarse ligeras discrepancias entre las secciones del informe debido a redondeo

Fecha:    13/07/2016 01:23 p.m.                                                                                        Página: 10

24

Source - Eagle View - Dwelling



N

↑

Dwelling

Fecha:   13/07/2016 01:23 p.m.                                                                    Página: 11

Dwelling Extension



Página: 12



Storage Bldg Roof
F13

20' 6"

20' 6"

14' 4"

Source - Eagle View - Dwelling Extension

Fecha:   13/07/2016 01:23 p.m.

26

State Farm

GONZALEZ, FLOR                                                                                    53-919F-507

| | | | |
|---|---|---|---|
| Insured: | GONZALEZ, FLOR | Estimate: | 53-919F-507 |
| Property: | 557 Posada St | Claim Number: | 53919F507 |
| | Rio Grande City, TX 78582 | Policy Number: | 83-CT-A870-4 |
| Home: | 956-735-3418 | Price List: | TXMC28_MAY16 |
| Cellular: | 956-222-6706 | | Restoration/Service/Remodel |
| Type of Loss: | Hail | | |
| Deductible: | $2,266.00 | | |
| Date of Loss: | 5/17/2016 | | |
| Date Inspected: | 7/13/2016 | | |

Summary for Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---|
| Line Item Total | 9,064.78 |
| Material Sales Tax | 194.06 |
| Replacement Cost Value | 9,258.84 |
| Less Depreciation (Including Taxes) | (3,987.77) |
| Less Deductible | (2,266.00) |
| Net Actual Cash Value Payment | $3,005.07 |

Maximum Additional Amounts Available If Incurred:

| | | |
|---|---|---|
| Total Line Item Depreciation (Including Taxes) | 3,987.77 | |
| Replacement Cost Benefits | | 3,987.77 |
| Total Maximum Additional Amount Available If Incurred | | 3,987.77 |
| Total Amount of Claim If Incurred | | $6,992.84 |

Greer, Bobby
844-529-5982 x 5129184560

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

Date:    10/25/2016 8:45 AM                                                              Page: 3

**State Farm**

GONZALEZ, FLOR

53-919F-507

| | | | | |
|---|---|---|---|---|
| Insured: | GONZALEZ, FLOR | | Estimate: | 53-919F-507 |
| Property: | 557 Posada St | | Claim Number: | 53919F-507 |
| | Rio Grande City, TX 78582 | | Policy Number: | 83-CT-A870-4 |
| Home: | 956-735-3418 | | Price List: | TXMC28_MAY16 |
| Cellular: | 956-222-6706 | | | Restoration/Service/Remodel |
| Type of Loss: | Hail | | | |
| Deductible: | $0.00 | | | |
| Date of Loss: | 5/17/2016 | | | |
| Date Inspected: | 7/13/2016 | | | |

### Summary for Coverage A - Dwelling Extension - 35 Windstorm and Hail

| | |
|---|---|
| Line Item Total | 0.00 |
| Replacement Cost Value | 0.00 |
| Less Deductible | (0.00) |
| Net Payment | $0.00 |

Greer, Bobby
844-529-5982 x 5129184560

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

Date:   10/25/2016 8:45 AM

Page: 4

28

**≈ StateFarm**

### Explanation of Building Replacement Cost Benefits
### Homeowner Policy
### Coverage A - Dwelling - 35 Windstorm and Hail

To:    Name:         GONZALEZ, FLOR
         Address:       557 Posada St
         City:            Rio Grande City
         State/Zip:     TX, 78582

Insured:         GONZALEZ, FLOR                      Claim Number:     53919F507
Date of Loss:    5/17/2016                                  Cause of Loss:     HAIL

Your insurance policy provides replacement cost coverage for some or all of the loss or damage to your dwelling or
structures. Replacement cost coverage pays the actual and necessary cost of repair or replacement, without a deduction
for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss; and

2. Notify us within 30 days after the work has been completed.

3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part
of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or
replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or
you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $9,258.84 . The enclosed claim payment to you of $3,005.07 is for the actual
cash value of the damaged property at the time of loss, less any deductible that
may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate
details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits
(recoverable depreciation) is $ 3,987.77 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim
representative prior to beginning repairs.

All policy provisions apply to your claim.

Date:     10/25/2016 8:45 AM                                         FC0006615 11/3/2015        Page: 5

29

**State Farm**

GONZALEZ, FLOR

53-919F-507

Source - Eagle View

Dwelling



**Roof**

| | |
|---|---|
| 2,750.89 Surface Area | 27.51 Number of Squares |
| 251.07 Total Perimeter Length | 69.91 Total Ridge Length |
| 94.33 Total Hip Length | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 15. Remove Tear off, haul and dispose of comp. shingles - 3 tab | | | | | | | |
| | 27.51 SQ | 47.24 | 0.00 | 1,299.57 | | | 1,299.57 |
| 16. 3 tab - 25 yr. - composition shingle roofing - incl. felt | | | | | | | |
| | 31.67 SQ | 157.21 | 163.14 | 5,141.98 | 17/25 yrs Avg. | (3,496.55) 68.00% | 1,645.43 |
| 17. Drip edge | | | | | | | |
| | 251.07 LF | 1.47 | 9.89 | 378.96 | 17/35 yrs Avg. | (184.06) 48.57% | 194.90 |
| 18. Valley metal | | | | | | | |
| | 63.46 LF | 3.51 | 6.39 | 229.13 | 17/35 yrs Avg. | (111.29) 48.57% | 117.84 |
| 3. Continuous ridge vent - aluminum | | | | | | | |
| | 20.00 LF | 5.74 | 3.68 | 118.48 | 17/35 yrs Avg. | (57.55) 48.57% | 60.93 |
| 19. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | |
| | 27.51 SQ | 8.70 | 0.00 | 239.34 | | | 239.34 |
| 20. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | |
| | 31.64 SQ | 26.38 | 0.00 | 834.66 | | | 834.66 |
| **Totals: Roof** | | | **183.10** | **8,242.12** | | **3,849.45** | **4,392.67** |

**Front Elevation**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 4. Reglaze double-pane thermal window unit, 1 - 9 sf | | | | | | | |
| | 1.00 EA | 126.36 | 5.94 | 132.30 | 17/18 yrs Avg. | (105.84) 80.00% | 26.46 |

Date:   10/25/2016 8:45 AM

Page: 6

**State Farm**

GONZALEZ, FLOR                                                                                    53-919F-507

**CONTINUED - Front Elevation**

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 5.  Add on for grid (double or triple pane windows) | | | | | | | |
| | 5.67 SF | 2.35 | 0.83 | 14.15 | 17/18 yrs Avg. | (11.32) 80.00% | 2.83 |
| 6.  R&R Glazing bead - Vinyl | | | | | | | |
| | 7.67 LF | 1.45 | 0.33 | 11.45 | | | 11.45 |
| 7.  R&R Window screen, 1 - 9 SF | | | | | | | |
| | 1.00 EA | 35.48 | 1.87 | 37.35 | 17/30 yrs Avg. | (21.16) 56.67% | 16.19 |
| 8.  Detach & Reset Gutter / downspout - galvanized - up to 5" | | | | | | | |
| | 10.00 LF | 3.15 | 0.00 | 31.50 | | | 31.50 |
| **Totals:  Front Elevation** | | | **8.97** | **226.75** | | **138.32** | **88.43** |

**Right Elevation**

|  |  |  |
|---|---|---|
| 0.00  SF Walls | 0.00  SF Ceiling | 0.00  SF Walls & Ceiling |
| 0.00  SF Floor | 0.00  SF Short Wall | 0.00  LF Floor Perimeter |
| 0.00  SF Long Wall | | 0.00  LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 9.  R&R Glazing bead - Vinyl | | | | | | | |
| | 12.08 LF | 1.45 | 0.51 | 18.03 | | | 18.03 |
| **Totals:  Right Elevation** | | | **0.51** | **18.03** | | **0.00** | **18.03** |

**Rear Elevation**

|  |  |  |
|---|---|---|
| 0.00  SF Walls | 0.00  SF Ceiling | 0.00  SF Walls & Ceiling |
| 0.00  SF Floor | 0.00  SF Short Wall | 0.00  LF Floor Perimeter |
| 0.00  SF Long Wall | | 0.00  LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 10.  Comb and straighten a/c condenser fins - with trip charge | | | | | | | |
| | 1.00 EA | 113.36 | 0.00 | 113.36 | | | 113.36 |
| **Totals:  Rear Elevation** | | | **0.00** | **113.36** | | **0.00** | **113.36** |

Date:    10/25/2016 8:45 AM                                                                 Page: 7

**State Farm**

GONZALEZ, FLOR                                                                                          53-919F-507

**Left Elevation**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No storm related damages observed to this elevation at inspection | | | | | | | |
| **Totals: Left Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |

**Debris Removal**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 11.  Haul debris - per pickup truck load - including dump fees | | | | | | | |
| | 1.00 EA | 98.87 | 0.00 | 98.87 | | | 98.87 |
| **Totals: Debris Removal** | | | **0.00** | **98.87** | | **0.00** | **98.87** |

Area Totals: Dwelling

| | | |
|---|---|---|
| 309.14 Exterior Wall Area | | |
| 2,750.89 Surface Area | 27.51 Number of Squares | 502.13 Total Perimeter Length |
| 69.91 Total Ridge Length | 94.33 Total Hip Length | |

| | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|
| **Total: Dwelling** | **192.58** | **8,699.13** | **3,987.77** | **4,711.36** |

**Dwelling Extension**



**Storage Bldg Roof**

| | |
|---|---|
| 294.36 Surface Area | 2.94 Number of Squares |
| 69.72 Total Perimeter Length | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No storm related damages observed to metal roofing at inspection. | | | | | | | |

Date:    10/25/2016 8:45 AM                                                                          Page: 8

**State Farm**

GONZALEZ, FLOR                                                                                    53-919F-507

CONTINUED - Storage Bldg Roof

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Storage Bldg Roof | | | 0.00 | 0.00 | | 0.00 | 0.00 |

**Elevations**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No storm related damages observed to any elevation at inspection | | | | | | | |
| Totals: Elevations | | | 0.00 | 0.00 | | 0.00 | 0.00 |

Area Totals: Source - Eagle View

| 888.84 Exterior Wall Area | | |
|---|---|---|
| 3,045.25 Surface Area | 30.45 Number of Squares | 641.57 Total Perimeter Length |
| 69.91 Total Ridge Length | 94.33 Total Hip Length | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Total: Source - Eagle View | | | 192.58 | 8,699.13 | | 3,987.77 | 4,711.36 |

**Garage**                                                                                    LxWxH 24' x 17' x 8'

| 656.00 SF Walls | 408.00 SF Ceiling | 1,064.00 SF Walls & Ceiling |
|---|---|---|
| 408.00 SF Floor | 136.00 SF Short Wall | 82.00 LF Floor Perimeter |
| 192.00 SF Long Wall | | 82.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 21. R&R 1/2" drywall - hung only (no tape or finish) | | | | | | | |
| | 64.00 SF | 1.20 | 1.48 | 78.28 | | | 78.28 |
| Totals: Garage | | | 1.48 | 78.28 | | 0.00 | 78.28 |

**Labor Minimums Applied**

Date:   10/25/2016 8:45 AM                                                                                    Page: 9

State Farm

GONZALEZ, FLOR                                                                                          53-919F-507

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * 12.  Window labor minimum | | | | | | | |
| | 1.00 EA | 87.43 | 0.00 | 87.43 | | | 87.43 |
| * 13.  Gutter labor minimum | | | | | | | |
| | 1.00 EA | 181.35 | 0.00 | 181.35 | | | 181.35 |
| 22.  Drywall labor minimum | | | | | | | |
| | 1.00 EA | 212.65 | 0.00 | 212.65 | | | 212.65 |
| **Totals:  Labor Minimums Applied** | | | **0.00** | **481.43** | | **0.00** | **481.43** |
| Line Item Totals: 53-919F-507 | | | 194.06 | 9,258.84 | | 3,987.77 | 5,271.07 |

**Grand Total Areas:**

|  |  |  |
|---|---|---|
| 656.00  SF Walls | 408.00  SF Ceiling | 1,064.00  SF Walls and Ceiling |
| 408.00  SF Floor | 136.00  SF Short Wall | 82.00  LF Floor Perimeter |
| 192.00  SF Long Wall | | 82.00  LF Ceil. Perimeter |
| 888.84  Exterior Wall Area | | |
| 3,045.25  Surface Area | 30.45  Number of Squares | 641.57  Total Perimeter Length |
| 69.91  Total Ridge Length | 94.33  Total Hip Length | |

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|
| **DMO     GENERAL DEMOLITION** | | | | | |
| Haul debris - per pickup truck load - including dump fees | 1.00 EA | $98.87 | $98.87 | $0.00 | $0.00 |
| **TOTAL GENERAL DEMOLITION** | | **$98.87** | **$98.87** | **$0.00** | **$0.00** |
| **DRY     DRYWALL** | | | | | |
| R&R 1/2" drywall - hung only (no tape or finish) | 64.00 SF | $78.28 | $78.28 | $0.00 | $0.00 |
| Drywall labor minimum | 1.00 EA | $212.65 | $212.65 | $0.00 | $0.00 |
| **TOTAL DRYWALL** | | **$290.93** | **$290.93** | **$0.00** | **$0.00** |
| **HVC     HEAT, VENT & AIR CONDITIONING** | | | | | |
| Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | $113.36 | $113.36 | $0.00 | $0.00 |
| **TOTAL HEAT, VENT & AIR CONDITIONING** | | **$113.36** | **$113.36** | **$0.00** | **$0.00** |
| **RFG     ROOFING** | | | | | |
| 3 tab - 25 yr. - composition shingle roofing - incl. felt | 31.67 SQ | $5,141.98 | $1,645.43 | $0.00 | $3,496.55 |
| Remove Tear off, haul and dispose of comp. shingles - 3 tab | 27.51 SQ | $1,299.57 | $1,299.57 | $0.00 | $0.00 |
| Drip edge | 251.07 LF | $378.96 | $194.90 | $0.00 | $184.06 |
| Additional charge for steep roof - 7/12 to 9/12 slope | 31.64 SQ | $834.66 | $834.66 | $0.00 | $0.00 |
| Remove Additional charge for steep roof - 7/12 to 9/12 slope | 27.51 SQ | $239.34 | $239.34 | $0.00 | $0.00 |
| Continuous ridge vent - aluminum | 20.00 LF | $118.48 | $60.93 | $0.00 | $57.55 |
| Valley metal | 63.46 LF | $229.13 | $117.84 | $0.00 | $111.29 |
| **TOTAL ROOFING** | | **$8,242.12** | **$4,392.67** | **$0.00** | **$3,849.45** |
| **SFG     SOFFIT, FASCIA, & GUTTER** | | | | | |
| Detach & Reset Gutter / downspout - galvanized - up to 5" | 10.00 LF | $31.50 | $31.50 | $0.00 | $0.00 |
| Gutter labor minimum | 1.00 EA | $181.35 | $181.35 | $0.00 | $0.00 |
| **TOTAL SOFFIT, FASCIA, & GUTTER** | | **$212.85** | **$212.85** | **$0.00** | **$0.00** |
| **WDR     WINDOW REGLAZING & REPAIR** | | | | | |
| R&R Glazing bead - Vinyl | 19.75 LF | $29.48 | $29.48 | $0.00 | $0.00 |
| Reglaze double-pane thermal window unit, 1 - 9 sf | 1.00 EA | $132.30 | $26.46 | $0.00 | $105.84 |
| Add on for grid (double or triple pane windows) | 5.67 SF | $14.15 | $2.83 | $0.00 | $11.32 |
| R&R Window screen, 1 - 9 SF | 1.00 EA | $37.35 | $16.19 | $0.00 | $21.16 |

Note:  Slight variances may be found within report sections due to rounding

Date:     10/25/2016 8:45 AM

Page: 11

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|
| **WDR      WINDOW REGLAZING & REPAIR** | | | | | |
| TOTAL WINDOW REGLAZING & REPAIR | | $213.28 | $74.96 | $0.00 | $138.32 |
| **WDW      WINDOWS - WOOD** | | | | | |
| Window labor minimum | 1.00 EA | $87.43 | $87.43 | $0.00 | $0.00 |
| TOTAL WINDOWS - WOOD | | $87.43 | $87.43 | $0.00 | $0.00 |
| **TOTALS** | | $9,258.84 | $5,271.07 | $0.00 | $3,987.77 |

Note:  Slight variances may be found within report sections due to rounding

Date.     10/25/2016 8:45 AM

Page: 12



Dwelling
Page: 13



Source - Eagle View - Dwelling

Date:   10/25/2016 8:45 AM



Dwelling Extension

Page: 14



Storage Bldg Roof
F13

20' 6"
20' 6"

14' 4"

Source - Eagle View - Dwelling Extension

Date: 10/25/2016 8:45 AM

CLERK OF THE COURT
ELOY R. GARCIA
STARR COUNTY COURTHOUSE
RIO GRANDE CITY, TEXAS 78582

ATTORNEY FOR PLAINTIFF
THE LAW OFFICE OF JESSICA TAYLOR
**14100 SAN PEDRO, SUITE 602**
**SAN ANTONIO, TX 78232**

## CITATION

**THE STATE OF TEXAS**

    NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation By 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

*TO:*    **State Farm Lloyds**
        **Corporation Service Company**
        **211 E. 7th St., Suite 620**
        **Austin, Texas 78701-3218**

**DEFENDANT**, in the hereafter and styled and numbered cause: **DC-16-639** are hereby commanded to appear by filing a written answer **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the **Honorable 381ST JUDICIAL DISTRICT COURT JUDGE JOSE LUIS GARZA of STARR COUNTY, TEXAS**, at the Court House of said County in RIO GRANDE CITY, TEXAS. Said ORIGINAL PETITION was filed on the **16TH Day of December A.D, 2016,** in this cause numbered DC-16-639 docket of said court, and styled,

**FLOR GONZALEZ AND ARNOLDO
GONZALEZ
VS.
STATE FARM LLOYDS and
BOBBY GREER**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **PLAINTIFF'S ORIGIINAL PETITION AND REQUEST FOR DISCLOSURE** accompanying this citation and made a part hereof.
    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.
Issued and given under my hand and seal of said Court at office, this **19TH day** of **December, 2016.**

ELOY R. GARCIA
DISTRICT CLERK
OF STARR COUNTY, TEXAS
BY: _____,
    DEPUTY CLERK

# OFFICER'S RETURN

Came to hand on the _____ day of _____, _____ at _____ o'clock _____.M.
Executed at _____, within the County of _____, at _____ o'clock _____.M.
On the _____ day of _____, _____, by delivering to the within
named_____ a true copy of this citation together with the accompanying copy of this
petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the
date of delivery

Not executed, the diligence used to execute being _____; for the following
reason_____, the defendant may be found _____

Total fee for serving this citation _____          Sheriff Account No._____

To certify which witness my hand officially.

Sheriff of _____ County, Texas          by: _____ Deputy

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT

In accordance with Rule 107: The officer authorized person who serves, or attempts to serve, a citation shall sign the return.
The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of
the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is
_____

I DECLARE UNDER PENALTY OF PREJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ county, state of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(ID # & expiration of certification)

### File No. DC-16-639

CITATION FOR PERSONAL SERVICE IN STATE

**FLOR GONZALEZ AND ARNOLDO
GONZALEZ
VS.
STATE FARM LLOYDS and
BOBBY GREER**

381ST DISTRICT COURT
OF STARR COUNTY, TEXAS

**ISSUED**
THIS 19TH DAY OF December, 2016
ELOY R. GARCIA
CLERK DISTRICT COURT
BY:_____
DEPUTY CLERK:

**FILED**
This_____day of_____ 2016
At_____o'clock_____.M.
ELOY R. GARCIA
CLERK OF THE COURT
BY:_____ DEPUTY

Filed: 12/28/2016 2:32:43 PM
Starr County, Texas
Eloy R. Garcia, District Clerk

Litxzary Benavides

**CLERK OF THE COURT**                           **ATTORNEY FOR PLAINTIFF**
**ELOY R. GARCIA**                               THE LAW OFFICE OF JESSICA TAYLOR
**STARR COUNTY COURTHOUSE**                      **14100 SAN PEDRO, SUITE 602**
**RIO GRANDE CITY, TEXAS 78582**                 **SAN ANTONIO, TX 78232**

## CITATION

**THE STATE OF TEXAS**
      NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation By 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

*TO:*      **State Farm Lloyds**
          **Corporation Service Company**
          **211 E. 7th St., Suite 620**
          **Austin, Texas 78701-3218**

DEFENDANT, in the hereafter and styled and numbered cause: DC-16-639 are hereby commanded to appear by filing a written answer **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 381ST JUDICIAL DISTRICT COURT JUDGE JOSE LUIS GARZA of STARR COUNTY, TEXAS, at the Court House of said County in RIO GRANDE CITY, TEXAS. Said ORIGINAL PETITION was filed on the **16TH Day of December A.D. 2016**, in this cause numbered DC-16-639 docket of said court; and styled,

**FLOR GONZALEZ AND ARNOLDO**
**GONZALEZ**
**VS.**
**STATE FARM LLOYDS and**
**BOBBY GREER**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** accompanying this citation and made a part hereof.
      The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.
Issued and given under my hand and seal of said Court at office, this **19TH day of December, 2016.**

**ELOY R. GARCIA**
**DISTRICT CLERK**
OF STARR COUNTY, TEXAS
BY:
      **DEPUTY CLERK**

## OFFICER'S RETURN

Came to hand on the _28th_ day of _Dec 2016_ at _1_ o'clock _P_ .M.
Executed at _11E7th_ , within the County of _Travis_ at _____ o'clock _____ .M.
On the _23_ day of _December_ , _2016_ , by delivering to the within
named _State Farm_ _____ a true copy of this citation together with the accompanying copy of this
petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the
date of delivery

Not executed, the diligence used to execute being _____ ; for the following
reason _____ , the defendant may be found _____

Total fee for serving this citation _____         Sheriff Account No. _____

To certify which witness my hand officially.

Sheriff of _____ County, Texas         by: _____ Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT

In accordance with Rule 107: The officer authorized person who serves, or attempts to serve, a citation shall sign the return.
The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of
the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _Hortencia Vasquez_ , my date of birth is _01081955_ , and my address is
_1400 San Pedro   San Antonio Tx 78232_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _Bexar_ county, state of _Texas_ , on the _28th_ day of _December_

_____
Declarant/Authorized Process Server

_____
(ID # & expiration of certification)

### File No. DC-16-639

CITATION FOR PERSONAL SERVICE IN STATE

**FLOR GONZALEZ AND ARNOLDO
GONZALEZ
VS.
STATE FARM LLOYDS and
BOBBY GREER**

381ST DISTRICT COURT
OF STARR COUNTY, TEXAS

ISSUED
THIS 19TH DAY OF December, 2016
ELOY R. GARCIA
CLERK DISTRICT COURT
BY: _____
DEPUTY CLERK:

This _____ day of _____ FILED 12/28/2016 2:35:08 PM 2016
At _____ o'clock _____ .M.
ELOY R. GARCIA
CLERK OF THE COURT
BY: _____ DEPUTY

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$ 2.41

Total Postage and Fees
$ 5.86

Postmark
Here

12/20/16

Sent To   State Farm

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7016 0910 0000 3887 9737

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Farm Lloyds
C/o Corp Service Co.
211 E 7th St., Ste 620
Austin, TX 78701-3218

9590 9402 1918 6104 5621 97

2. Article Number (Transfer from service label)
7016 0910 0000 3887 9737

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
   Chris Sarron               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                DEC 23 2016

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

CLERK OF THE COURT
ELOY R. GARCIA
STARR COUNTY COURTHOUSE
RIO GRANDE CITY, TEXAS 78582

ATTORNEY FOR PLAINTIFF
THE LAW OFFICE OF JESSICA TAYLOR
**14100 SAN PEDRO, SUITE 602**
SAN ANTONIO, TX 78232

## CITATION

**THE STATE OF TEXAS**
    NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this  citation By 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

*TO:*    **Bobby Greer**
       **4037 South 20th**
       **Abilene, Texas 79605**

**DEFENDANT**, in the hereafter and styled and numbered cause: **DC-16-639** are hereby commanded to appear by filing a written answer **PLAINTIFF'S ORIGIINAL PETITION AND REQUEST FOR DISCLOSURE** at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the **Honorable 381ST JUDICIAL DISTRICT COURT JUDGE JOSE LUIS GARZA** of STARR COUNTY, TEXAS, at the Court House of said County in RIO GRANDE CITY, TEXAS. Said ORIGINAL PETITION was filed on the **16TH Day of December A.D, 2016,** in this cause numbered DC-16-639 docket of said court, and styled,

**FLOR GONZALEZ AND ARNOLDO
GONZALEZ
VS.
STATE FARM LLOYDS and
BOBBY GREER**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **PLAINTIFF'S ORIGIINAL PETITION AND REQUEST FOR DISCLOSURE** accompanying this citation and made a part hereof.
    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.
Issued and given under my hand and seal of said Court at office, this **19TH day** of **December, 2016.**

ELOY R. GARCIA
DISTRICT CLERK
OF STARR COUNTY, TEXAS
BY_____,
    DEPUTY CLERK

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, _____ at _____ o'clock_____.M.
Executed at_____, within the County of _____, at _____ o'clock_____.M.
On the _____ day of _____, _____, by delivering to the within
named_____ a true copy of this citation together with the accompanying copy of this petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery

Not executed, the diligence used to execute being _____; for the following reason_____, the defendant may be found _____

Total fee for serving this citation _____      Sheriff Account No._____

To certify which witness my hand officially.

Sheriff of _____ County, Texas              by: _____ Deputy

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT**

In accordance with Rule 107: The officer authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____ .

I DECLARE UNDER PENALTY OF PREJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ county, state of _____, on the _____ day of _____ .

_____
Declarant/Authorized Process Server

_____
(ID # & expiration of certification)

**File No. DC-16-639**

CITATION FOR PERSONAL SERVICE IN STATE

**FLOR GONZALEZ AND ARNOLDO
GONZALEZ
VS.
STATE FARM LLOYDS and
BOBBY GREER**

381ST DISTRICT COURT
OF STARR COUNTY, TEXAS

**ISSUED**
THIS **19TH DAY OF December, 2016**
ELOY R. GARCIA
CLERK DISTRICT COURT
BY:_____,
DEPUTY CLERK:

**FILED**
This_____ day of_____ 2016
At_____o'clock_____M.
ELOY R. GARCIA
CLERK OF THE COURT
BY:_____ DEPUTY

Filed: 12/28/2016 2:32:43 PM
Eloy R. Garcia, District Clerk
Starr County, Texas

CLERK OF THE COURT                        ATTORNEY FOR PLAINTIFF
ELOY R. GARCIA                            THE LAW OFFICE OF JESSICA TRAYLOR
STARR COUNTY COURTHOUSE                    **14100 SAN PEDRO, SUITE 602**
RIO GRANDE CITY, TEXAS 78582              **SAN ANTONIO, TX 78232**

## CITATION

THE STATE OF TEXAS

    NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation By 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:    **Bobby Greer**
       4037 South 20th
       Abilene, Texas 79605

DEFENDANT, in the hereafter and styled and numbered cause: DC-16-639 are hereby commanded to appear by filing a written answer **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the **Honorable 381ST JUDICIAL DISTRICT COURT JUDGE JOSÉ LUIS GARZA** of STARR COUNTY, TEXAS, at the Court House of said County in RIO GRANDE CITY, TEXAS. Said ORIGINAL PETITION was filed on the **16TH Day of December A.D. 2016**, in this cause numbered DC-16-639 docket of said court, and styled:

**FLOR GONZALEZ AND ARNOLDO
GONZALEZ
VS.
STATE FARM LLOYDS and
BOBBY GREER**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at office, this **19TH day** of **December, 2016**.

ELOY R. GARCIA
DISTRICT CLERK
OF STARR COUNTY, TEXAS
BY
    DEPUTY CLERK

**OFFICER'S RETURN**

Came to hand on the _28th_ day of _Dec_ , _2016_ at _1_ o'clock _P_ .M.
Executed at _4037 S. 24th_ within the County of _Tavis_, at ____ o'clock ____ .M.
On the _22_ day of _December_ , _2016_ by delivering to the within
named _Bobby Greer_ a true copy of this citation together with the accompanying copy of this
petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the
date of delivery

Not executed, the diligence used to execute being _____ ; for the following
reason _____, the defendant may be found _____

Total fee for serving this citation _____     Sheriff Account No. _____

To certify which witness my hand officially.

Sheriff of _____ County, Texas          by: _____     Deputy

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT**

In accordance with Rule 107: The officer authorized person who serves, or attempts to serve, a citation shall sign the return.
The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of
the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _Hortencia Vasquez_ , my date of birth is _01281955_ , and my address is
_14100 San Pedro San Antonio, TX 78232_.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _Bexar_ county, state of _Texas_, on the _28th_ day of _December_.

_Hortencia Vasquez_
Declarant/Authorized Process Server

_____
(ID # & expiration of certification)

### File No. DC-16-639
CITATION FOR PERSONAL SERVICE IN STATE

**FLOR GONZALEZ AND ARNOLDO
GONZALEZ
VS.
STATE FARM LLOYDS and
BOBBY GREER**

381ST DISTRICT COURT
OF STARR COUNTY, TEXAS

ISSUED
THIS 19TH DAY OF December, 2016
ELOY R. GARCIA
CLERK DISTRICT COURT
BY: _____
DEPUTY CLERK:

_____
This ____ day of ____ 2016.
At ____ o'clock ____ .M.          FILED 12/28/2016 2:35:28 PM
ELOY R. GARCIA
CLERK OF THE COURT
BY: _Roxanny Benavides_ DEPUTY

**CERTIFIED MAIL RECEIPT**

*For delivery information, visit our website at www.usps.com.*

**OFFICIAL USE**

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required           $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postage  2.41

$

Total Postage and Fees

$  8.66

Sent To   Bobby Green

Street and Apt. No., or PO Box No.

City, State, ZIP+4

12/20

Postmark
Here

Flor
Kon3 dely

7016 0910 0000 3887 9744

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bobby Greer
4037 South 20th
Abilene, TX 79605

||||| ||| ||||| |||| ||| |||| |||| ||||
9590 9402 1918 6104 5621 80

2. Article Number (Transfer from service label)

7016 0910 0000 3887 9744

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bobby Greer_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Bobby Greer   12-22-16

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

CAUSE NO. DC-16-639

| | | |
|---|---|---|
| **FLOR GONZALEZ AND** | § | **IN THE DISTRICT COURT** |
| **ARNOLDO GONZALEZ,** | § | |
| **Plaintiffs,** | § | |
| **vs.** | § | |
| | § | **381ST JUDICIAL DISTRICT OF** |
| **STATE FARM LLOYDS AND** | § | |
| **BOBBY GREER,** | § | |
| **Defendants.** | § | **STARR COUNTY, TEXAS** |

## DEFENDANTS STATE FARM LLOYDS' AND BOBBY GREER'S ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES State Farm Lloyds and Charles Daffron, alleged to be Defendants in this cause, and files this Original Answer in response to the Petition submitted by the above-named Plaintiffs. Without waiving any of their rights or defenses relating to the policy of insurance under which Plaintiffs purport to be claiming in this lawsuit and still insisting upon any and all policy conditions, exclusions, requirements, and other policy terms now or later arising, Defendants respond to Plaintiff's Original Petition as follows:

## GENERAL DENIAL

Subject to such stipulations and admissions as may hereinafter be made, Defendants assert a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and Defendants respectfully request that Plaintiffs be required to prove the charges and allegations made against Defendants by a preponderance of the evidence as is required by the Constitution and the laws of the State of Texas.

## DEMAND FOR JURY

Defendants respectfully demand a trial by jury.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Defendants State Farm Lloyds and Bobby Greer respectfully pray that Plaintiffs take nothing by reason of this lawsuit. Defendants further pray for additional and further relief to which they may show themselves to be justly entitled, at law or in equity.

Respectfully submitted,

**JONES, ANDREWS & ORTIZ, P.C.**

By:   /s/ *Ray R. Ortiz*
        Ray R. Ortiz
        State Bar No. 15324280
        Jonathan Law
        State Bar No. 24028656
        ray@jao-law.com
        jon@jao-law.com
        rrosupport@jao-law.com
10100 Reunion Place, Suite 600
San Antonio, Texas  78216
210/344-3900 Telephone
210/366-4301 Facsimile
**ATTORNEYS FOR DEFENDANT,**
**STATE FARM LLOYDS  AND BOBBY GREER**

## <u>CERTIFICATE OF SERVICE</u>

In accordance with the Texas Rules of Civil Procedure, on January 16, 2017, the above and foregoing instrument was served upon the following counsel of record via e-service:

Jessica Taylor
Manuel Acuña-Neely
The Law Office of Jessica Taylor
14100 San Pedro, Suite 602
San Antonio, TX 78322
jessica@jtaylorlaw.com
manuel@jtaylorlaw.com

/s/ *Ray R. Ortiz*
Ray R. Ortiz/Jonathan Law