United States District Court
Southern District of Texas
**ENTERED**
July 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FLOR GONZALEZ, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-00017 |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § § | |

## ORDER

The Court now considers the joint stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal of an action without court order if the stipulation is signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared.[2] Thus, this action is **DISMISSED WITH PREJUDICE**, and the July 17, 2018 status conference is hereby **CANCELED**. The Clerk of Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of July, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 34.
[2] *Id*.